AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED
OCT 0 8 2020
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

| | |
|---|---|
| United States of America<br>v.<br>ALLAN DAVID REINEMUND<br><br>_Defendant(s)_ | )<br>)<br>) Case No. 5:20-mJ-2117-JG<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  03/09/2020  in the county of  Wake  in the
Eastern District of  North Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 912 | Impersonation of an Officer or Employee of the United States |

This criminal complaint is based on these facts:
Please see attached affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

On this day, CHRISTOPHER E. BRANT
appeared before me via reliable electronic means, was
placed under oath, and attested to the contents
of this Complaint.

Christopher E. Brant, Special Agent, HSI
_Printed name and title_

Date: 8 OCTOBER 2020

_Judge's signature_

City and state:  Raleigh, North Carolina

James E. Gates, U.S. Magistrate Judge
_Printed name and title_

gd

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

## AFFIDAVIT

1. I, Christopher E. Brant, depose and state that I am a Special Agent (SA) of the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) and have been so employed for over 13 years. I am assigned to the HSI Raleigh, North Carolina field office (HSI-Raleigh) and my duties include, among other things, investigating violations of Titles 8, 18, 19, 21, 31, and 42 of the United States Code (U.S.C.). As part of these duties, I have led or participated in hundreds of investigations involving criminal and/or administrative violations related to money laundering, intellectual property rights, narcotics trafficking, bulk cash smuggling, identity theft, immigration benefit and document fraud, human smuggling, human trafficking, the illegal entry and/or re-entry of aliens, and immigration status violators. Prior to reporting for assignment at HSI-Raleigh, I attended training at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia, where I received instruction in Federal criminal statutes, search, seizure and arrest authority, use of force, and many other facets of federal and general law enforcement. Prior to attending FLETC, I worked five (5) years as an accountant and obtained undergraduate and master's degrees in business administration and finance.

2. This affidavit is submitted as evidence of probable cause supporting the arrest warrant for Allan David Reinemund (hereinafter referred to as "REINEMUND"), who has falsely impersonated an officer or employee of the United States, in violation of Title 18, U.S.C., § 912.

1

GD

3. Because this affidavit is being submitted for the limited purpose of securing a warrant to arrest REINEMUND, I have set forth only those facts necessary to establish probable cause to believe that violations of Title 18, U.S.C., § 912 occurred, and that REINEMUND committed them. The facts contained in this Affidavit come from my personal involvement in this investigation, information obtained from others involved in this investigation, and a review of the records and documents obtained during the course of this investigation.

### Details of Investigation

4. On or about March 9, 2020, at approximately 1455 hours, a trooper with the North Carolina State Highway Patrol (NCSHP) initiated the stop of a 1965 Shelby Cobra convertible later determined to be driven by Allan David Reinemund (hereinafter referred to as "REINEMUND"). The stop was initiated after the trooper clocked REINEMUND travelling northbound at 80mph in a marked 50mph zone on US 401 in Fuquay-Varina, North Carolina (Wake County) near Banks Road. The stop was recorded both visually and audibly.

5. The trooper made his initial approach on the driver's side of REINEMUND'S vehicle. The following conversation occurred:

[Trooper] "…You got your license?"

[REINEMUND] "I do, uh, side pocket."

[Trooper] "Ok…"

[REINEMUND] "…I am on the job by the way."

[Trooper] "With who?"

[REINEMUND] "Uh, DHS. HSI. Home, Homeland Security Investigations."

[Trooper] "In this car?"

[REINEMUND] "I'm sorry?"

2

GD

[Trooper] "In this car you are?"

[REINEMUND] "Oh No. I am not. I am not on duty."

[Trooper] "When you say you are on the job; you mean you are working."

[REINEMUND] "Yeah, it's an expression."

6. After the initial conversation, the Trooper returned to his vehicle to conduct record checks. After approximately one (1) minute, the Trooper returned to the driver's side of REINEMUND'S vehicle. The following conversation occurred:

[Trooper] "Do you mind if I see your credentials again?"

[REINEMUND] "Not at all. What would you like to see?"

[Trooper] "All of it."

[REINEMUND] "Well, all I got is that right now (REINEMUND handed the Trooper a badge and credentials contained in a case or wallet), I got a picture of my shield in my phone, but that is about it. I was with Phoenix before…"

[Trooper] "Where is the ID card signed by the person that you carry these with? (referring to the badge and credentials previously provided by REINEMUND)"

[REINEMUND] "I'm sorry?"

[Trooper] "Normally there is an ID card that is signed by someone that. So, are you, are you Homeland Security or are you retired from Phoenix?"

[REINEMUND] "No, I was, I was a New Jersey State Trooper, and then I was in Phoenix and then I joined DHS."

[Trooper] "Do you have your credentials with them?"

[REINEMUND] "No, not on me. I carry them with my firearm, and I don't have my firearm on me…It should show in the system…I don't have my DHS (unintelligible) because I don't have my firearm with me."

3

GD

[Trooper] "Do you have anything that supports this?"

[REINEMUND] "I can look through that pocket there. Um, nah, uh, the picture in my phone is about it, but, I retired, I left Phoenix 15 years ago, but I don't.

[Trooper] "So who are you employed with now?"

[REINEMUND] "HSI, Homeland Security Investigations, that is part of the Department of Homeland Security.

[Trooper] "And you don't have nothing supporting that? A phone number?"

[REINEMUND] "Uh, I can show you a picture of my ID in my phone, that is about it."

[Trooper] "You see where I am going with this?"

[REINEMUND] "Oh, absolutely."

[Trooper] "I have had people impersonate. That is why I am trying to figure it out right now."

[REINEMUND] "Yeah, I mean. I have actually met you before…"

[Trooper] "I want to verify who you say you are right now (interrupted)"

[REINEMUND] "No, I understand. Um."

[Trooper] "because people impersonate a lot. That is why I am trying (interrupted)"

[REINEMUND] "I understand, is there, if there is anything else, I can answer for you, I don't have any ID."

[Trooper] "Do you have a supervisor's number?"

[REINEMUND] "Um, nah, I, uh."

[Trooper] "Are you lying to me, sir?"

[REINEMUND] "No. Absolutely not. I mean, I am a contractor, I'm (interrupted)"

[Trooper] "If you asked, if you asked my supervisor, alright, if you asked me, I would give you my supervisor's number like right now."

4

GD

[REINEMUND] "No, I understand. I have been on the job, so I understand where you are coming from. I mean, you know."

[Trooper] "So, you don't have a supervisor?"

[REINEMUND] "I'm a, I'm a contractor, so I don't have anybody I report to directly there."

[Trooper] "So you don't work with (interrupted)"

[REINEMUND] "I work with HSI, but I'm a contractor, I'm in a contractor position. Um, my, I mean my badge number for Phoenix was 7671 (interrupted)"

[Trooper] "That doesn't matter right now."

[REINEMUND] "I can give you my Jersey (interrupted)"

[Trooper] "That would have been different if you were like I am a retired Phoenix cop (interrupted)"

[REINEMUND] "I understand"

[Trooper] "That would have been different than hey, I am on the job with the Department of Homeland Security (interrupted)

[REINEMUND] "I understand."

[Trooper] "That is what you told me."

[REINEMUND] "No, I know exactly what I told you. And, I don't deny it. I mean, I should have phrased it a little differently as a contractor."

[Trooper] "You deny what?"

[REINEMUND] "I'm Sorry."

[Trooper] "You would deny what?"

[REINEMUND] "I said I don't deny anything, that you are saying."

5

[Trooper] "So, so, right now you, you are not employed, you are a contractor (interrupted)"

[REINEMUND] "I am a contractor with HSI."

[Trooper] "So you are not a sworn officer with the Department of Homeland Security?"

[REINEMUND] "No, well we don't call it that, but no."

[Trooper] "So, you lied to me?"

[REINEMUND] "No, I didn't lie to you."

[Trooper] "Yes, you did, sir."

7. After the second conversation, the Trooper returned to his vehicle to contact his supervisor. After approximately four (4) minutes, the Trooper returned to the driver's door of REINEMUND'S vehicle. The following conversation occurred:

[Trooper] "Alright, so, can you verify (interrupted)"

[REINEMUND] "You know what, I am sorry to interrupt you, I just (unintelligible), let alone by a Trooper, but if you, I understand where you are coming from, but if, if you would be able to show me in the system, I mean (interrupted)"

[Trooper] "What system?"

[REINEMUND] "Your computer, I would think, I have been told that it shows a national concealed carry permit and that I am retired on the job."

[Trooper] "No, it doesn't say any of that."

[REINEMUND] "It should be (unintelligible)"

[Trooper] "Ok. Can you verify with the Department of Homeland Security that you work for them right now with a supervisor?"

[REINEMUND] "Absolutely not."

[Trooper] "Ok. Step out of the car."

6

8. After the third conversation, the trooper placed REINEMUND under arrest for impersonating an officer. Over the next several minutes, the trooper, and an additional trooper who arrived at the location, undertook efforts to properly secure REINEMUND'S vehicle. The vehicle is a classic automobile and likely would have been stolen or tampered with if left on the side of the road. During this time, the trooper advised REINEMUND of his *Miranda* rights verbally. REINEMUND acknowledged that he understood his rights.

9. Before departing the location and transporting REINEMUND to the Wake County Detention Center (WCDC), the following conversation occurred:

[Trooper] "Now that I have read you your rights, I have one question man. Is that 100 percent real (referring to the badge previously provided to the Trooper)."

[REINEMUND] "Absolutely."

…

[REINEMUND] "I absolutely see what you are coming from. I don't deny anything you said. The mis, misrepresented, the misrepresentation on my part (interrupted)"

[Trooper] "You misrepresented yourself"

[REINEMUND] "On my part. That is what I said"

[Trooper] "You shouldn't have done that."

[REINEMUND] "No, I understand, but (interrupted)"

[Trooper] "But, I know why you did it."

[REINEMUND] "Oh, I wanted to get out of a ticket, but I haven't had a ticket, I am 58 years old and I haven't had a ticket my entire life."

…

[REINEMUND] "…For me, If I had it to do over, I would have just been more clear that I am not currently on the job, I do work still in law enforcement."

7

[Trooper] "I understand, but you are not a sworn officer right now are you?"

[REINEMUND] "No, uh, my certification is expired."

…

[REINEMUND] "I was doing it, you know what, I have been pulled over before, I speed, I don't, I have never said anything different and I have never said anything to deliberately mislead. I do it, to put, I usually say a little bit more…to deescalate the situation."

10. After a few minutes, troopers pushed REINEMUND'S vehicle from the roadway. REINEMUND was then transported to the WCDC. REINEMUND was charged with "Impersonating Law Enforcement," a violation of North Carolina General Statute 14-277.

11. On or about September 10, 2020, REINEMUND, through counsel, provided evidence to the Wake County District Attorney's (WCDA) office that he was employed with DHS or HSI. The evidence included the following:

    a. A photograph (as depicted in Figure 1 below) of a ballistic vest carrier with patches marked "A. REINEMUND," "Police," and "U.S. Department of Homeland Security, Agency Preparedness and Response," a Homeland Security Investigations Special Agent badge, and a hat bearing the words "Homeland Security" and a DHS seal:

8

GD

Case 5:21-cr-00015-M   Document 1   Filed 10/08/20   Page 9 of 13



*Figure 1: Photograph Provided to the Wake County District Attorney's Office*

  b. A "Department of Homeland Security Non-Disclosure Agreement" (DHS Form I-11000-6) signed by REINEMUND. The DHS Form I-11000-6 was entered into by REINEMUND and listed REINEMEND as an "individual official, employee, consultant, or subcontractor" of RRTT, LLC. The DHS Form I-11000-6 was signed by

9

GD

Case 5:21-cr-00015-M   Document 1   Filed 10/08/20   Page 10 of 13

REINEMUND but bore no information regarding the DHS entity or official that REINEMUND would have provided services to at DHS or HSI.

12. In September 2020, I was made aware of the events of March 9, 2020. I have been assigned to the HSI-Raleigh field office for over 13 years, and I have never met REINEMUND, nor had I previously heard of him. I conducted preliminary record checks and could find no evidence that REINEMUND was currently employed with DHS or HSI.

13. In September 2020, I notified the ICE Office of Professional Responsibility (OPR)[1] of REINEMUND'S claims that he was an employee or contractor with DHS or HSI. ICE OPR notified me that they had no records of REINEMUND ever being employed, or having been a contractor, with DHS or HSI. Furthermore, ICE OPR notified me that ICE had no records of entering into a contract with RRTT, LLC.

14. In September 2020, I reviewed REINEMUND'S LinkedIn[2] profile. The profile revealed no evidence that REINEMUND was currently employed, or had ever been employed, with DHS or HSI. Instead, the information revealed an employment history that involved construction and/or real estate development.

15. In September 2020, I conducted Internet searches using REINEMUND'S name and the word "police." The searches revealed the following:

---

[1] OPR is responsible for upholding the ICE's professional standards through a multi-disciplinary approach of security, inspections, and investigations. OPR promotes organizational integrity by vigilantly managing ICE's security programs, conducting independent reviews of ICE programs and operations, and impartially investigating allegations of serious employee and contractor misconduct, as well as internal and external threats against ICE personnel and facilities.

[2] LinkedIn is an American business and employment-oriented service that operates via websites and mobile applications. It is mainly used for professional networking, including employers posting jobs and job seekers posting their resumes.

10

a. A website (ewscripps.brightspotcdn.com) that revealed a Microsoft Excel spreadsheet detailing Arizona police officers that had been "Brady" listed.[3] A search of the spreadsheet revealed that REINEMUND had been dismissed from the PPD for "Oral and Untruthful Statements."

b. An ABC15.com article titled, "Full Disclosure: Arizona Fails to Properly Track Problematic 'Brady List' Cops" wherein a searchable database revealed that REINEMUND was "Brady" listed. The database revealed that REINEMUND was "No Longer Employed" with the PPD and that he was "Brady" listed in or about 2004.

c. A Messenger-Press (Allentown, New Jersey) article titled, "Police Blotter" wherein it was revealed that REINEMUND had been arrested on or about March 15, 2003, for impersonating a police officer. The article revealed that REINEMUND claimed to have been a PPD officer after being stopped for erratic driving. REINEMUND was arrested after officers confirmed that REINEMUND had been terminated from the PPD in December 2002.

16. Based on the "Brady" list findings, I contacted the PPD in an effort to confirm REINEMUND'S prior employment. The PPD confirmed that REINEMUND had been employed with the Phoenix Police Department (PPD) as a "Police Recruit" from April 1, 2002 through July 22, 2002 and "Police Officer" from July 22, 2002 through December 28, 2002.

17. Based on my knowledge, training, and experience, I know that law enforcement officers that have been "Brady" listed for untruthfulness would face considerable hurdles in gaining employment as an officer of the United States.

---

[3] "Brady" refers to Brady v. Maryland, 373 U.S. 83, 87 (1963) where the Supreme Court held that favorable evidence, which is material to either guilt or punishment, must be discovered to a defendant. A "Brady List" is compiled by a police department and contains names of officers who have been found to be untruthful or have other credibility issues.

11

GD

## Conclusion

18.     Based on all of the foregoing, I, Christopher E. Brant, believe that there is ample probable cause to conclude that Allan David Reinemund is in fact guilty of falsely impersonating an officer or employee of the United States, in violation of Title 8 U.S.C. § 912, and I respectfully ask that the Court issue a warrant ordering his arrest for such crime.

Further your Affiant sayeth not.

_____
Christopher E. Brant
Special Agent
Homeland Security Investigation

On this __8__ day of October 2020, Special Agent Christopher E. Brant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit.

~~SUBSCRIBED TO AND SWORN TO BEFORE ME~~

~~THIS _____ DAY OF OCTOBER 2020.~~

_____
JAMES E. GATES
United States Magistrate Judge
Eastern District of North Carolina