UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-15-M

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **INFORMATION** |
| ) | |
| ALLAN DAVID REINEMUND ) | |

The United States charges that:

On or about March 9, 2020, in the Eastern District of North Carolina, the defendant, ALLAN DAVID REINEMUND, did falsely assume and pretend to be an officer and employee acting under the authority of the United States and any department, agency or officer thereof, to wit: a Homeland Security Investigations Special Agent, and in such pretended character demanded special consideration from a member of the North Carolina State Highway Patrol to decline issuing a citation for speeding, a thing of value.

All in violation of Title 18, United States Code, Section 912.

ROBERT J. HIGDON, JR.
United States Attorney

BY: GABRIEL J. DIAZ
Assistant United States Attorney